AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cr-537 (VEC) |
| Corey Canteen, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Corey Canteen                                                                                                              .

Date:   12/22/2017

/s/ Benjamin Gruenstein
*Attorney's signature*

BG--0923
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza--825 Eighth Avenue
New York, NY 10019

*Address*

bgruenstein@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*