```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :     PRELIMINARY ORDER OF
       -v.-                                                      :     FORFEITURE/ MONEY JUDGMENT
                                                                 :
COREY CANTEEN,                                                   :     S8 15 Cr. 537 (VEC)
       a/k/a "OBlack,"                                           :
                                                                 :
                       Defendant.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2018

WHEREAS, on or about September 1, 2016, COREY CANTEEN, a/k/a "OBlack" (the "Defendant"), was charged, among others, in two counts of a fifteen-count Superseding Indictment, S8 15 Cr. 537 (VEC) (the "Indictment"), with participating in a racketeering enterprise, in violation of Title 18, United States Code, Section 1962(c) (Count One); and bank robbery conspiracy, in violation of Title 18, United States Code, Section 371 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking, pursuant to Title 18, United States Code, Section 1963, the forfeiture of: (i) any interest acquired or maintained as a result of the offense charged in Count One of the Indictment; (ii) any interest in, security of, claim against, or source of influence over any enterprise established, operated, controlled, conducted, or participated in the conduct of as a result of the offense charged in Count One; and (iii) any property constituting, or derived from, any proceeds obtained, directly or indirectly, from the racketeering activity charged in Count One of the Indictment;

WHEREAS, on or about November 16, 2016, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to

forfeiture to the United States, pursuant to Title 18, United States Code, Section 1963, as a result of the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Government seeks forfeiture of a sum of money equal to $9,250.00 in United States currency, representing any interest acquired or maintained as a result of the offense charged in Count One of the Indictment; any interest in, security of, claim against, or source of influence over any enterprise established, operated, controlled, conducted, or participated in the conduct of as a result of the offense charged in Count One of the Indictment; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, from the racketeering activity charged in Count One of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $9,250.00 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment at sentencing, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, COREY CANTEEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service ("USMS") and delivered by mail to the United States Attorney's Office, Southern District

of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

7. This order fully supersedes and voids the July 25, 2017, Preliminary Order of Forfeiture/Money Judgment previously entered as to the defendant, COREY CANTEEN. *See* Dkt. No. 1121.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

8. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alex Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York

    February 8, 2018

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE